*T. L. Bynum, C. N. Bynum,* contra.

---

### 6517.  REYNOLDS *v.* LEWIS, trustee.

WADE, J.  There was testimony tending to support the contention of the defendant that there had been a complete accord and satisfaction between himself and the bankrupt represented by the trustee who brought the suit. The court, therefore, erred in withdrawing this issue from the jury and in directing a verdict.                    *Judgment reversed.*

DECIDED JANUARY 7, 1916.

Complaint; from city court of Sparta—Judge Moore. March 8, 1915.

*R. L. Merritt,* for plaintiff in error.

*Burwell & Fleming,* contra.